UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALEX CORDERO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-10098-JLT |
| | * | |
| THOMAS DISKHAUT, | * | |
| OSVALDO VIDAL, | * | |
| and ANTHONY MENDONSA, | * | |
| | * | |
| Defendants. | * | |

## ORDER

January 24, 2012

TAURO, J.

After considering Defendants' Written Objections to the Magistrate's Report and Recommendation on Defendants' Motion to Dismiss [#25], this court ACCEPTS and ADOPTS the October 27, 2011 Report and Recommendation [#24] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendants' Motion to Strike [#22] is DENIED.

Defendants' Motion to Dismiss [#13] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED as to the claims against Defendants in their official capacities and DENIED as to the claims against Defendants in their individual capacities.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge